```
                FILED          ENTERED
                LODGED         RECEIVED

                OCT 20 2008
                   AT SEATTLE
             CLERK U.S. DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
        BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORGE LUIS PULIDO-GONZALES, ) <br> ) <br> Defendant-Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Respondent. ) <br> _____ ) | Case No. C08-1005-JLR-BAT <br> (CR07-38-JLR) <br><br> **ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255, dkt. 7, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Petitioner's Motion to Vacate And Correct Sentence is DENIED and DISMISSED with prejudice;

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 20th day of October, 2008.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL

08-CV-01005-ORD